IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEVIN M. KEAY, | 3:10-CV-01098-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the filing of Plaintiffs' Motion for Voluntary Dismissal (#28) pursuant to F.R.C.P. 41(a)(1)(A)(i), this motion is **GRANTED** and this matter is hereby **DISMISSED** without prejudice and without costs or attorney fees to either party.

Dated this 28Th day of October, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL